UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **HAMILTON MANAGING AGENCY LIMITED** (f/k/a Pembroke Managing Agency Limited) for and on behalf of the underwriting member of **LLOYD'S SYNDICATE 4000** for the 2019 year of account (namely, Ironshore Corporate Capital Three Limited), and **ANTARES MANAGING AGENCY LIMITED** for and on behalf of the underwriting member of **LLOYD'S SYNDICATE 1274** for the 2019 year of account (namely, Antares Underwriting Limited),<br><br>  Petitioners/Cross-Respondents,<br><br>v.<br><br>**ICI MUTUAL INSURANCE COMPANY, RRG**,<br><br>  Respondent/Cross-Petitioner. | No. 2:25-mc-79 |

**STIPULATED MOTION TO SUBSTITUTE FILINGS FOR SEALING AND REDACTION**

Respondent and Cross-Petitioner ICI Mutual Insurance Company, RRG ("ICI Mutual"), by and through its attorneys, hereby moves the Court for leave to substitute certain filings containing confidential information with revised redactions to protect the confidential information in those documents, pursuant to Local Rule 5.2 and in accordance with this Court's prior orders (Docs. 14, 18). Petitioners and Cross-Respondents Hamilton Managing Agency Limited and Antares Managing Agency Limited (the "Reinsurers") agree and stipulate to this Motion.

The parties filed their Joint Stipulated Motion to Seal Filings and Redact on July 31, 2025 (Doc. 23). That Motion is currently pending before the Court. In that Motion, the parties included exhibits of proposed redactions designed to protect the privacy interests of third parties

not involved in this litigation. ICI Mutual has now discovered that four of the exhibits (Docs. 23-4, 23-12, 23-16, and 23-30) require additional redaction to protect the privacy interests of those third parties and asks that the court substitute the attached revised exhibits for those previously filed as indicated below:

| PROPOSED SUBSTITUTE | PREVIOUSLY FILED DOCUMENT |
|---|---|
| Document 25-1 | Document 23-4 |
| Document 25-2 | Document 23-6 |
| Document 25-3 | Document 23-12 |
| Document 25-4 | Document 23-30 |

As the parties explained in the pending Motion (Doc. 23), the documents at issue relate to a confidential reinsurance arbitration conducted between the Reinsurers and ICI Mutual. The current dispute before this Court involves cross-petitions to confirm or vacate the arbitration award. The proposed redactions relate to third parties who were not parties to that arbitration and whose identities were designed to be protected by the confidentiality provisions of the arbitration proceeding. Their identities are irrelevant to the Court's adjudication of the current dispute regarding the arbitration award.

**WHEREFORE**, ICI Mutual respectfully requests that the Court order Documents 23-4, 23-6, 23-12 and 23-30 to be sealed as containing confidential information, and that the revised redacted versions of those documents (Documents 25-1, 25-2, 25-3 and 25-4) be substituted and considered as the publicly-filed redacted versions for purposes of the parties' pending Joint Stipulated Motion to Seal Filings and Redact.

Dated: August 13, 2025

**PRIMMER PIPER EGGLESTON &
CRAMER PC**


By: /s/<u>Kevin M. Henry</u>
Kevin M. Henry
30 Main Street, 5th Floor
P.O. Box 1489
Burlington, VT 05402-1489
khenry@primmer.com

Ira J. Belcove (*pro hac vice* to be filed)
Kevin J. O'Brien (*pro hac vice* to be filed)
Joshua M. Dille (*pro hac vice* to be filed)
**Porter, Wright, Morris & Arthur, LLP**
321 North Clark Street, Suite 400
Chicago, Illinois 60654
(312) 756-8461
IBelcove@porterwright.com
KObrien@porterwright.com
JDille@porterwright.com

*Attorneys for ICI Mutual Insurance Company, RRG*